**Rodney Owen SKURDAL, Petitioner–Appellant,**

v.

**Kuma J. DEBOO, Respondent–Appellee.**

No. 08–16695.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 1, 2008.*

Filed Dec. 10, 2008.

Rodney Owen Skurdal, Seattle, WA, for Petitioner–Appellant.

Phillip A. Talbert, Assistant U.S., US-SAC–Office of the U.S. Attorney, Sacramento, CA, for Respondent–Appellee.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

### MEMORANDUM **

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

A review of the record and appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.